**08 CIV 6919**

BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QINGDAO OCEAN SHIPPING CO., <br><br> Plaintiff, <br><br> v. <br><br> AGRENCO MADERIA COMERCIO INTERNACIONAL LDA, <br><br> Defendant. | 08 Civ. <br><br> **F.R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
August 1, 2008

                                             Respectfully submitted,
                                             BLANK ROME LLP
                                             Attorneys for Plaintiff

                                             By: _____
                                             Jeremy J.O. Harwood (JH 9012)
                                             405 Lexington Avenue
                                             New York, NY 10174
                                             Tel.: (212) 885-5000

294478.1
900200.00001/6658733v.1