

*Phone:*  (212) 885-5149
*Fax:*    (917) 332-3720
*Email:*  JHarwood@BlankRome.com



# MEMO ENDORSED

August 11, 2008

**BY HAND**
Hon. Richard M. Berman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 650
New York, NY 10007

      Re:  Qingdao Ocean Shipping Co. v.
            Agrenco Madeira Comercio Internacional Lda.
            08 Civ. 6919(RMB)
            <u>Our Ref. No. 601627-00601</u>

Dear Judge Berman:

    We are attorneys for Plaintiff in the captioned matter. Defendant has not answered, moved or appeared.  We amended our Rule B complaint to provide further specifics of the maritime nature of the forward freight swap agreement (FAA).  We seek leave to file a second amended complaint in order to (1) correct a typographical error in the spelling of Madeira; (2) to add an additional claim for an invoice that has now become due under a second FFA between the parties and (3) to add an additional defendant.  We respectfully request that the Court endorse this letter request to permit filing with the clerk.

Respectfully submitted,

Jeremy J.O. Harwood

**Endorsement:**
Defendant to respond to this letter by 8/22/08 (noon). A conference is scheduled for 9/3/08 at 9:00 a.m.

JH:rk
SO ORDERED:
Date: 8/14/08
Richard M. Berman, U.S.D.J.